IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:02-00019 |
| ) | JUDGE HAYNES |
| THOMAS EDWARD WHITE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's motion to modify his sentence to conform to its earlier judgment in light of United States v. Booker, 125 S.Ct. 738 (2005) (Docket Entry No. 96). The Government has responded that the Court should modify the sentence, but that Booker does not require any modification. (Docket Entry No. 97).

Upon review of the Court's December 28, 2004 judgment, the Defendant's motion to modify is **GRANTED** to impose a sentence of eighty-four (84) months.

It is so **ORDERED**.

**ENTERED** this the ____ day of December, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By: _____
Deputy Clerk

USMS 08/31/06 AM 9:59

DEFENDANT DELIVERED ON 2-2-05 TO
FCI FORREST-CITY, AR.
WARDEN
BY