# United States District Court
### for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Thomas Edward White        Case Number:   1:02-00019

Name of Judicial Officer: The Honorable William J. Haynes, Jr. U. S. District Judge

Date of Original Sentence: December 21, 2004

Original Offense: 21 U.S.C. § 843(a)(6)(d)(2), Possession of Equipment and Materials to Manufacture Methamphetamine

Original Sentence: 120 months' custody in the BOP; 3 years' supervised release

Type of Supervision:   Supervised Release      Date Supervision Commenced: April 2, 2009

Assistant U.S. Attorney:   Paul O'Brien      Defense Attorney: Peter J. Strianse

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Allow to Terminate Owing Restitution

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Supervisory U.S. Probation Officer
Kenneth Parham

Considered this _3rd_ day of
_January_, 2011, and made a part of the records in the above case.

_____
U. S. District Judge
William J. Haynes, Jr.

Place     Nashville, Tennessee

Date     December 19, 2011

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

1.    **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance.**

On December 9, 2011, Mr. White was arrested by the drug task force in Florence, Alabama, and charged with Unlawful Possession of a Controlled Substance (pain pills) and Possession of Marijuana. The offender's next court date is January 9, 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. White began his term of supervised release on April 2, 2009. He is being supervised in the Northern District of Alabama.

Senior U.S. Probation Officer John D. Gurley submitted a memorandum to our office regarding the offender's arrest. Officer Gurley advised that on December 12, 2011, Mr. White reported to his office to discuss the details of his arrest. The offender stated that he had a "one night stand" and the person he was with left the pills and marijuana. Mr. White advised he did not consume the drugs. Officer Gurley conducted a urine screen on the offender and it was negative for illegal drug use.

Officer Gurley is still attempting to get the police report, but to date, he has been unsuccessful. The possession of the controlled substance charge is a felony and the possession of the marijuana is a misdemeanor.

**U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court at this time to allow Mr. White to have these charges addressed first in the Alabama State Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _Jim Perdue_ FoR
Jim Perdue
Deputy Chief U.S. Probation Officer